**US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

Michael T. McKeever, Esq. (031641991)
J. Eric Kishbaugh, Esq.  (009541981)
Matthew K. Fissel, Esq. (038152012)
Frank J. Keenan, Esq. (022041994)
**KML Law Group, P.C.**
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
609-250-0700 (NJ)
215-627-1322 (PA)
Attorney for Plaintiff

| | |
|---|---|
| The Bank of New York Mellon f/k/a The Bank of New York, as Trustee (CWMBS 2007-8)<br><br>Plaintiff<br><br>v.<br><br>Edith Farina, et al<br><br>Defendants | Docket No. 26-cv-3448<br><br><br>PLAINTIFF'S NOTICE OF MOTION FOR REMAND PURSUANT TO 28 U.S.C. SECTION 1447(c) |

PLEASE TAKE NOTICE that on May 18, 2026, the undersigned attorney for Plaintiff Bank of New York Mellon f/k/a The Bank of New York as Trustee (CWMBS 2007-8) will make application before the Hon. Michael A. Stipp, U.S.D.J., for an Order remanding the within action to the Superior Court of New Jersey, Chancery Division, General Equity Part, Ocean County. In support of the within Notice of Motion, the movant will rely on the attached Certification of Counsel and Brief.

KML LAW GROUP, P.C.
Attorneys for Plaintiff

By: _____
J. Eric Kishbaugh, Esq.