**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2007-8),

Plaintiff,

v.

EDITH FARINA, *et al.*,

Defendants.

Civil Action No. 26-3448 (MAS) (RLS)

**ORDER**

This matter comes before the Court upon Plaintiff Bank of New York Mellon's ("Plaintiff") Motion to Remand this action to the Superior Court of New Jersey, Chancery Division, General Equity Part, Ocean County. (Mot. to Remand, ECF No. 3.) Defendants Emilio Farina and Edith Farina (collectively, "Defendants") opposed (ECF Nos. 11, 14), and Plaintiff did not reply. The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion,

**IT IS**, on this 10th day of August 2026, **ORDERED** as follows:

1. Plaintiff's Motion to Remand (ECF No. 3) is **GRANTED.**
2. Plaintiff's request for sanctions is **DENIED**.
3. This case is **REMANDED** to the Superior Court of New Jersey, Chancery Division, Ocean County.
4. The Clerk of Court shall serve a copy of this Order on Defendants by regular U.S. mail.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE